# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |  |
|---|---|---|
| ENHANCED DATA STREAMING LLC, | ) | Case No. |
|  | ) |  |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CISCO SYSTEMS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Enhanced Data Streaming LLC ("EDS" or "Plaintiff") for its Complaint against Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") for patent infringement, alleges as follows:

## THE PARTIES

1.      EDS is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at: 2435 N. Central Expy., 12th Floor, Richardson, Texas 75080.

2.      Upon information and belief, Defendant Cisco is a corporation organized and existing under the laws of the State of Delaware, with regular and established places of business in this District including at least 2260 Chelsea Boulevard, Allen, Texas 75013. Cisco is registered to do business in the State of Texas and may be served through its registered agent Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**JURISDICTION AND VENUE**

3.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

4.    This Court has specific and personal jurisdiction over Cisco consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, Cisco has sufficient minimum contacts with the forum because Cisco has physical locations and regularly transacts substantial business in the State of Texas and in this Judicial District. Further, Cisco has, directly or through subsidiaries or intermediaries, committed acts of patent infringement in the State of Texas and in this Judicial District, as further alleged in this Complaint.

5.    Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b). Cisco is registered to do business in Texas and, upon information and belief, Cisco has transacted business in this Judicial District, has committed acts of direct and indirect infringement in this Judicial District, and has regular and established places of business in this Judicial District, including as set forth above. Cisco is subject to personal jurisdiction in this Judicial District and has committed acts of patent infringement in this Judicial District. Upon information and belief, Cisco through its own acts and/or through the acts of others, makes, uses, sells, offers to sell, and/or imports infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District, such that this venue is a fair and reasonable one.

6.    Cisco, directly and/or through subsidiaries or intermediaries, has purposefully and voluntarily placed one or more infringing products and/or services in the stream of commerce with the intention and expectation that said products and/or services will be purchased and used by

consumers in this Judicial District. These products and/or services have been and continue to be purchased and used in this Judicial District.

7.    On information and belief, Cisco maintains a 160,000 square foot data center at 2260 Chelsea Blvd., Allen, Texas 75013.[1] On information and belief, Collin County has appraised the value of Cisco's various properties in that county at over $300 million.[2]

8.    On information and belief, Cisco also employs around 2,000 employees in its Richardson, Texas offices and Cisco has multiple open job postings for that office.[3] The Cisco campus in Richardson spans 78 acres and includes at least seven buildings. On information and belief, Cisco also spent nearly $80 million to retool an unused office building on its Richardson campus as a Tier III data center to support the consolidation of its global network.[4]

9.    Cisco has purposefully availed itself of the rights and benefits of the laws of the State of Texas and this Judicial District. Cisco has previously conceded that the Eastern District of Texas has personal jurisdiction over it for the purpose of litigation of patent infringement actions as an accused infringer. Cisco has also previously availed itself of the Courts of this Judicial District as a patentee, including through its assertion of claims of patent infringement in litigations in this Judicial District.[5]

## PATENTS-IN-SUIT

10.    On November 10, 2015, the United States Patent and Trademark Office duly and

---

[1] *See* https://www.youtube.com/watch?v=i4IrSARTUkY; https://cherrycoatings.com/project_category/data-centers.
[2] *See* https://esearch.collincad.org/.
[3] *See* https://www.richardsoneconomicdevelopment.com/community-data/major-employers; https://jobs.cisco.com/jobs/SearchJobs/Texas.
[4] *See* https://www.datacenterknowledge.com/operations-and-management/interactive-tour-cisco-s-flagship-data-center.
[5] *See*, *e.g.*, *Cisco Systems, Inc. et al v. Estech Systems, Inc.*, Case No. 2:21-cv-00266 (E.D. Tex. 2021)

legally issued U.S. Patent No. 9,185,151 (the "'151 Patent") entitled "Device, Method and System for Media Packet Distribution," which reissued on April 22, 2025 as RE50,398 (the "'398 Patent"), carrying the same title. The asserted claims of the reissued '398 Patent, including but not limited to Claim 1, are substantially identical to the claims of the '151 Patent. Thus, EDS is entitled to past damages for Cisco's infringement of the unasserted '151 Patent because Cisco infringes the substantially identical claims of the asserted, reissued '398 Patent. A true and correct copy of the '151 Patent is attached hereto as Exhibit A. A true and correct copy of the '398 Patent is attached hereto as Exhibit B.

11.     On May 10, 2005, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 6,891,855 (the "'855 Patent") entitled "Dynamic Packet Fragmentation." A true and correct copy of the '855 Patent is attached hereto as Exhibit C.

12.     On February 26, 2008, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,336,605 (the "'605 Patent") entitled "Bandwidth Allocation for Link Aggregation." A true and correct copy of the '605 Patent is attached hereto as Exhibit D.

13.     On February 9, 2010, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,660,234 (the "'234 Patent") entitled "Fault-Tolerant Medium Access Control (MAC) Address Assignment in Network Elements." A true and correct copy of the '234 Patent is attached hereto as Exhibit E.

14.     On April 18, 2006, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,032,135 (the "'135 Patent") entitled "Equipment Protection Using a Partial Star Architecture." A true and correct copy of the '135 Patent is attached hereto as Exhibit F.

15.     EDS is the sole and exclusive owner of all rights, title, and interest in the '398, '855, '605, '234, and '135 Patents (collectively, the "Patents-in-Suit"), and holds the exclusive

right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. EDS also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

16.     Marking was not required under 35 U.S.C. § 287 because on information and belief, no products were sold or offered for sale in the United States by any then-current assignee of the Patents-in-Suit, including Orckit-Corrigent.

17.     Even though no marking was required because no products were sold or offered for sale into the United States, Orckit-Corrigent maintained a patent marking program to ensure compliance with 35 U.S.C. § 287. Orckit-Corrigent properly affixed the label below for products

in other countries:



18.    On information and belief, no patents other than those listed in the label reproduced in paragraph 17 covered any of the relevant products of the then-current assignee of the Patents-

in-Suit, including Orckit-Corrigent.

19.     On information and belief, no patents other than those listed on the tag reproduced in paragraph 17 were practiced by any product sold or offered for sale anywhere in the United States by the then-current assignee of the Patents-in-Suit, including Orckit-Corrigent.

20.     Accordingly, EDS has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, any and all prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

21.     The Patents-in-Suit are related and are the result of research by Orckit Communications Ltd. ("Orckit"), which was founded in 1990. Orckit was a pioneer in the development of infrastructure-level networking products and went public in 1996. Between 2000 and 2010, Orckit Communications Ltd. invested hundreds of millions of U.S. dollars in research and development and was awarded hundreds of patents. With the economic downturn of 2007 and 2008, however, many of Orckit's most significant potential customers dramatically reduced their infrastructure spending. Despite its superior and innovative technology, the company was unable to weather the global recession and ultimately went into liquidation. The Patents-in-Suit, along with all rights related to the unasserted '151 Patent, have since been assigned to EDS.

22.     Cisco has committed and continues to commit acts of infringement of EDS's patents in this Judicial District by, among other things, making, using, importing, offering to sell, and selling products and/or services that infringe the Patents-in-Suit, including without limitation: (i) all variants of Cisco's Aggregation Service Routers (e.g., the ASR 900 Series, including but not limited to ASR 902 / 902U, ASR 903 / 903U, ASR 907, and ASR 91; the ASR 1000 Series, including but not limited to the ASR 1001-X, ASR 1002-X, ASR 1001-HX, ASR 1002-HX, ASR 1004, ASR 1006, ASR 1006-X, ASR 1009-X, and ASR 1013; and the ASR 9000 Series, including

but not limited to ASR 9000v-V2, ASR 9001, ASR 9006, ASR 9010, ASR 9901, ASR 9902, ASR 9903, ASR 9904, ASR 9906, ASR 9910, ASR 9912, and ASR 9922) (the "Accused Cisco Routers"); and (ii) all variants of Cisco's Switches (*e.g.*, the Catalyst Series Switches, including but not limited to 9200/9200CX, 9300/9300X, 9400/9400X, 9500/9500X, 9600, 6500, 6800/6880-X, 4500/4500-X, 3850, 3650, 2960-X/XR, 2960-L, 3560-CX/2960-CX, and 1000; and Nexus Series Switches, including but not limited to 7000 / 7700, 9200, 9300, 9400, and 9500) (the "Accused Cisco Switches") (collectively, the "Accused Products").

23.     Cisco has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, products including, but not limited to, the Accused Products. For example, the Accused Cisco Routers infringe at least the asserted claims of the '398, '855, and '605 Patents, and the Accused Cisco Switches infringe at least the asserted claims of the '234 and '134 Patents

24.     Additionally, Cisco has had knowledge of the Patents-in-Suit, as well as of the '151 Patent that reissued as the '398 Patent, and the then-pending, corresponding applications, and the inventions described and claimed therein since at least March 20, 2017, when Orckit IP LLC, the owner of the Patents-in-Suit at the time, initiated discussions via a notice letter (the "March 20, 2017 Letter") with Cisco about the Patents-in-Suit and the infringing Accused Products. *See* Exhibit G.

25.     In the March 20, 2017 Letter and subsequent communications, the prior owner of the Patents-in-Suit invited Cisco or one of Cisco's representatives to enter into discussions regarding licensing or acquiring the Patents-in-Suit. Cisco, however, rejected that invitation, necessitating the filing of this lawsuit. Thus, Cisco's infringement of the Patents-in-Suit has been and continues to be willful and egregious.

## COUNT I
### (Infringement of the '398 Patent)

26.    Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

27.    Plaintiff has not licensed or otherwise authorized Cisco to make, use, offer for sale, sell, or import any products that embody the inventions of the '398 Patent.

28.    Cisco has directly infringed and continues to directly infringe, or Cisco has and continues to indirectly and/or contributorily infringe one or more claims of the '398 Patent by knowingly and intentionally inducing others, including Cisco's customers and end-users, to directly infringe claims of the '398 Patent. For example, Defendant directly infringes the '398 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router, comprising at least all limitations of Claim 1.

29.    The Accused Cisco Routers, for which the ASR 1000 Series Aggregation Services Router is representative, comprise a device for retransmitting a received IP media stream broadcast. For example, the Cisco ASR 1000 Series Aggregation Services Router is an advanced network device designed to efficiently connect various services. The Cisco ASR 1000 Series Aggregation Services Router's Broadband L2TP Access Concentrator ("LAC") or L2TP Network Server ("LNS") capabilities support Layer 2 Tunneling Protocol ("L2TP") endpoint-to-tunnel Point-to-Point Protocol ("PPPoX") and/or IP sessions with bandwidth demands in the STM-1 ATM, Fast Ethernet, Gigabit Ethernet, and 10 Gigabit Ethernet range that enhances broadband user experience and supports advanced applications like triple-play (*e.g.*, data, voice, and video) services, video on demand ("VoD"), quadruple-play, and IPTV (*e.g.*, retransmitting a received IP media stream broadcast).

**Example 3: Cisco ASR 1000 Series Router as a quadruple-play edge router**

In this example, a Cisco ASR 1000 Series Router provides quadruple-play (data, voice, video, and mobility) services, including Voice Over IP (VoIP), video conferencing, Internet Protocol Television (IPTV), and Internet, to subscribers. A Cisco ASR 1006 chassis with redundant route processors and 20-Gbps ESPs is configured in order to achieve five-nines availability. The Cisco ASR 1000 Series RP2 comes with an 80-GB hard disk. You should select RP2 16-GB DRAM memory (part number M-ASR1K-RP2-16GB). Additional memory is required when the broadband RTU license (part number FLASR1-BB-RTU) is selected with RP2 (part number ASR1000-RP2).    6

30. By way of further example, the Cisco ASR 1000 Series Aggregation Services Router's Multicast VPN ("MVPN") feature enables support for multicast over Layer 3 VPN, which assists in retransmitting streaming video, voice, and data across Multiprotocol Label Switching ("MPLS") VPN networks. The Cisco ASR 1000 Series Aggregation Services Router's IP multicast serves as a bandwidth-conserving solution capable of delivering single streams of information simultaneously to thousands of endpoints.

# Configuring Multicast VPN

The Multicast VPN (MVPN) feature provides the ability to support multicast over a Layer 3 VPN. As enterprises extend the reach of their multicast applications, service providers can accommodate these enterprises over their Multiprotocol Label Switching (MPLS) core network. IP multicast is used to stream video, voice, and data to an MPLS VPN network core.

Historically, point-to-point tunnels were the only way to connect through a service provider network. Although such tunneled networks tend to have scalability issues, they represented the only means of passing IP multicast traffic through a VPN.

Because Layer 3 VPNs support only unicast traffic connectivity, deploying MPLS in conjunction with a Layer 3 VPN allows service providers to offer both unicast and multicast connectivity to Layer 3 VPN customers.    7

31. The Accused Cisco Routers comprise a communication module adapted to receive from a media presentation appliance a request for a given IP media stream. For example, the Cisco ASR 1000 Series Aggregation Services Router comprises built-in Gigabit Ethernet ("GE") ports,

---

6 *See* https://www.cisco.com/c/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/guide-c07-731639.html.
7 *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_mvpn/configuration/xe-16/imc-mvpn-xe-16-book.pdf.

high performance SD-WAN aggregation headends, and ethernet port adapters for communication with a media presentation appliance to receive a request for a given IP media stream.

| Model | Cisco ASR 1001-X | Cisco ASR 1002-X | Cisco ASR 1001-HX | Cisco ASR 1002-HX | Cisco ASR 1004 | Cisco ASR 1006 | Cisco ASR 1006-X | Cisco ASR 1009-X | Cisco ASR 1013 |
|---|---|---|---|---|---|---|---|---|---|
| Built-in Gigabit Ethernet ports | Yes: 6 Gigabit Ethernet Small Form-Factor Pluggable (SFP) ports | Yes: 6 Gigabit Ethernet SFP ports | Yes: 8 Gigabit Ethernet SFP ports, plus optional 4 configurable 1GE/10GE ports | Yes: 8 Gigabit Ethernet SFP ports | 0 | 0 | 0 | 0 | 0 |
| Built-in 10 Gigabit Ethernet port | Yes: Two 10 Gigabit Ethernet Small Form-Factor Plus Pluggable (SFP+) ports. Note: Built-in 10-GB ports cannot be reduced to 1-GB speed. | No | Yes, Four 10 Gigabit Ethernet Small Form-Factor Plus Pluggable (SFP+) ports, plus optional 4 configurable 1GE/10GE ports | Yes: Eight 10 Gigabit Ethernet Small Form-Factor Plus Pluggable (SFP+) ports. Note: Built-in 10-GB ports cannot be reduced to 1-GB speed. | No | No | No | No | No |

8

| Number of SIPs or Ethernet line cards supported | Integrated in chassis | Integrated in chassis | Integrated in chassis | Integrated in chassis | 2 | 3 | 2 | 3 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| Shared port adapters | 1 single-height SPA slot | 3 SPA slots | N/A | N/A | 8 SPA slots | 12 SPA slots | 8 SPA slots | 12 SPA slots | 24 SPA slots |
| Ethernet port adapters | N/A | N/A | N/A | 1 EPA slot | N/A | N/A | 4 EPA slots | 6 EPA slots | 12 EPA slots |

9

32.    The Accused Cisco Routers, on information and belief, comprise a stream generator adapted to convert, in response to the request from the media presentation appliance, one single appliance specific version of the requested media stream from multicast to unicast, and to retransmit with a delay the converted unicast, appliance specific, version of the requested media stream to the media presentation appliance. For example, the Cisco ASR 1000 Series Aggregation

---

[8] *See* https://www.cisco.com/c/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/datasheet-c78-731632.pdf.
[9] *See* https://www.cisco.com/c/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/datasheet-c78-731632.pdf.

Services Router includes Cisco Multicast Service Reflection, which, in response to a request for a media stream from a media presentation appliance, retransmits the requested media stream from multicast to unicast with a delay to the specific appliance.



# Implementing Multicast Service Reflection

The Cisco Multicast Service Reflection feature provides the capability for users to translate externally received multicast or unicast destination addresses to multicast or unicast addresses that conform to their organization's internal addressing policy. Using this feature, users do not need to redistribute unicast routes from external sources at the translation boundary into their network infrastructure for Reverse Path Forwarding (RPF) to work properly. In addition, users can receive identical feeds from two ingress points in the network and route them independently.[10]

**Figure 2: Multicast Service Reflection (Multicast-to-Unicast Destination Translation) in a Service Provider Network Example Topology**

33.    The Accused Cisco Routers further comprise a device for retransmitting a received

---

[10] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.

[11] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.

IP media stream broadcast, wherein a delay time for the delayed version of the requested media stream is determined to reduce zap-time associated with presenting the requested IP media stream at the media presentation appliance at least partly based on a timing parameter of the request received from the media presentation appliance. For example, the Cisco ASR 1000 Series Aggregation Services Router implements IEEE 1588v2 Precision Time Protocol ("PTP"), which is a packet-based two-way message exchange protocol for synchronizing clocks between nodes in a network, based on a timing parameter and used to determine a delay time to reduce zap-time of a requested IP media stream.

## IEEE 1588v2 PTP Support

IEEE 1588v2 Precision Time Protocol (PTP) is a packet-based two-way message exchange protocol for synchronizing clocks between nodes in a network, thereby enabling an accurate time distribution over a network.This document explains how to configure IEEE 1588v2 PTP on the Cisco ASR 1002-X Routers.

- Restrictions for IEEE 1588v2 PTP, on page 423
- Information About IEEE 1588v2 PTP , on page 423
- Configuring IEEE 1588v2 PTP, on page 431
- Additional References, on page 442
- Feature Information for IEEE 1588v2 PTP Support, on page 443

12

## Information About IEEE 1588v2 PTP

IEEE 1588v2 PTP is a packet-based two-way message exchange protocol for synchronizing a local clock with a primary reference clock in a hierarchical primary-secondary architecture. This synchronization is achieved through packets that are transmitted and received in a session between a primary reference clock and a secondary clock. IEEE 1588v2 PTP supports system-wide synchronization accuracy in the sub-microsecond range with little use of network and local clock-computing resources.

The following sections describe the terminologies used for better understanding of the IEEE 1588v2 PTP.

13

34.    The Accused Cisco Routers further comprise a device for retransmitting a received IP media stream broadcast, wherein content in the unicast appliance specific version of the

---

[12] *See* https://www.cisco.com/c/en/us/td/docs/routers/asr1000/software/configuration/xe-17/asr1000-sw-config-xe-17.pdf.

[13] *See* https://www.cisco.com/c/en/us/td/docs/routers/asr1000/software/configuration/xe-17/asr1000-sw-config-xe-17.pdf.

requested media stream is substantially identical to content in the multicast appliance specific version of the requested media stream. For example, the Cisco ASR 1000 Series Aggregation Services Router retransmits substantially identical content from a multicast stream into a unicast stream.

## Implementing Multicast Service Reflection

The Cisco Multicast Service Reflection feature provides the capability for users to translate externally received multicast or unicast destination addresses to multicast or unicast addresses that conform to their organization's internal addressing policy. Using this feature, users do not need to redistribute unicast routes from external sources at the translation boundary into their network infrastructure for Reverse Path Forwarding (RPF) to work properly. In addition, users can receive identical feeds from two ingress points in the network and route them independently.

[14]

### Benefits of Implementing Multicast Service Reflection

- Allows users to translate externally received multicast or unicast destination addresses to multicast or unicast addresses that conform to their company's internal addressing policy. This allows the separation of the private addressing scheme used by the content provider from the public addressing used by the service provider. The following types of translations are supported:
  - Multicast-to-Multicast Destination Translation
  - Multicast-to-Unicast Destination Translation
  - Multicast-to-Multicast Destination Splitting
  - Multicast-to-Unicast Destination Splitting
- Provides logical separation between private and public multicast networks.
- Provides the flexibility to forward multicast packets--translated or untranslated--out the same outgoing interface.

[15]

35.    The Accused Cisco Routers further comprise an appliance specific media stream generator adapted to derive from a first multicast media stream one or more unicast media streams or a second multicast media stream. For example, the Cisco ASR 1000 Series Aggregation Services Router implements Multicast Service Reflection, which includes multicast-to-multicast

[14] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.
[15] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.

destination translation, multicast-to-multicast destination splitting, and multicast-to-unicast destination splitting.

## Benefits of Implementing Multicast Service Reflection

- Allows users to translate externally received multicast or unicast destination addresses to multicast or unicast addresses that conform to their company's internal addressing policy. This allows the seperation of the private addressing scheme used by the content provider from the public addressing used by the service provider. The following types of translations are supported:

  - Multicast-to-Multicast Destination Translation
  - Multicast-to-Unicast Destination Translation
  - Multicast-to-Multicast Destination Splitting
  - Multicast-to-Unicast Destination Splitting

- Provides logical separation between private and public multicast networks.
- Provides the flexibility to forward multicast packets--translated or untranslated--out the same outgoing interface.

[16]

This example uses the topology illustrated in the figure.

*Figure 1: Multicast Service Reflection (Multicast-to-Multicast Destination Translation) in a Service Provider Network Example Topology*



[17]

---

[16] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.
[17] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.



This example uses the topology illustrated in the figure.

**Figure 4: Multicast Service Reflection (Multicast-to-Unicast Destination Splitting) in a Service Provider Network Example Topology**

36.     The Accused Cisco Routers comprise a device that is further adapted to track a status of the derived one or more unicast media streams or the derived second multicast media stream. For example, on information and belief, the Cisco ASR 1000 Series Aggregation Services Router tracks the status of derived unicast media streams and multicast media streams and verifies the multicast operations.

---

[18] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/ipmulti_serv/configuration/xe-3s/imc-serv-xe-3s-book.pdf.

# Verifying IP Multicast Operation

This module describes how to verify IP multicast operation in a network after Protocol Independent Multicast (PIM) sparse mode (PIM-SM) or Source Specific Multicast (PIM-SSM) has been implemented. The tasks in this module can be used to test IP multicast reachability and to confirm that receivers and sources are operating as expected in an IP multicast network.

- Prerequisites for Verifying IP Multicast Operation, on page 163
- Restrictions for Verifying IP Multicast Operation, on page 163
- Information About Verifying IP Multicast Operation, on page 164
- How to Verify IP Multicast Operation, on page 166
- Configuration Examples for Verifying IP Multicast Operation, on page 174
- Additional References, on page 179
- Feature Information for Verifying IP Multicast Operation, on page 180

[19]

## Verifying IP Multicast Operation on the Last Hop Router

Perform the following task to verify the operation of IP multicast on the last hop router.



**Note**  If you are verifying a last hop router in a PIM-SSM network, ignore Step 3.

**SUMMARY STEPS**

1. enable
2. show ip igmp groups
3. show ip pim rp mapping
4. show ip mroute
5. show ip interface [*type number*]
6. show ip mfib
7. show ip pim interface count
8. show ip mroute count
9. show ip mroute active [*kb/s*]

[20]

---

[19] *See* https://www.cisco.com/c/en/us/td/docs/routers/ios/config/17-x/ip-multicast/b-ip-multicast.pdf.
[20] *See* https://www.cisco.com/c/en/us/td/docs/routers/ios/config/17-x/ip-multicast/b-ip-multicast.pdf.

```
Step 4    show ip mroute
          Use this command to verify that the mroute table is being populated properly on the last hop router.
          The following is sample output from the show ip mroute command:
          Example:

          Router# show ip mroute
          (*, 239.1.2.3), 00:05:14/00:03:04, RP 172.16.0.1, flags: SJC
            Incoming interface: GigabitEthernet0/0/0, RPF nbr 172.31.100.1
            Outgoing interface list:
            GigabitEthernet1/0, Forward/Sparse-Dense, 00:05:10/00:03:04

          (10.0.0.1, 239.1.2.3), 00:02:49/00:03:29, flags: T
            Incoming interface: GigabitEthernet0/0/0, RPF nbr 172.31.100.1
            Outgoing interface list:
            GigabitEthernet1/0, Forward/Sparse-Dense, 00:02:49/00:03:04

          (*, 224.0.1.39), 00:10:05/stopped, RP 0.0.0.0, flags: DC
            Incoming interface: Null, RPF nbr 0.0.0.0
            Outgoing interface list:
              GigabitEthernet1/0, Forward/Sparse-Dense, 00:05:15/00:00:00
              GigabitEthernet0/0, Forward/Sparse-Dense, 00:10:05/00:00:00

          (172.16.0.1, 224.0.1.39), 00:02:00/00:01:33, flags: PTX
            Incoming interface: GigabitEthernet0/0/0, RPF nbr 172.31.100.1
```
[21]

37.    Defendant directly infringes the '398 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by using the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router.

38.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '398 Patent by knowingly and intentionally inducing others, including Cisco customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

39.    Defendant, with knowledge that these products, or the use thereof, infringed the '151 Patent, which reissued as the asserted '398 Patent, at least as of the March 20, 2017 Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '398 Patent by providing the Accused Cisco Routers to end-users for use in an

---

[21] *See* https://www.cisco.com/c/en/us/td/docs/routers/ios/config/17-x/ip-multicast/b-ip-multicast.pdf.

infringing manner. Additionally, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '398 Patent at least as early as the issuance of the '151 Patent.

40.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '398 Patent, but while remaining willfully blind to the infringement. Defendant has induced, and continues to induce, infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[22]

41.    Plaintiffs have suffered damages as a result of Defendant's direct and indirect infringement of the '398 Patent in an amount to be proven at trial.

42.    Plaintiffs have suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '398 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

---

[22] *See* https://www.cisco.com/c/en/us/support/all-products.html; https://www.cisco.com/c/en/us/support/routers/asr-1000-series-aggregation-services-routers/series.html; https://www.cisco.com/c/en/us/support/routers/asr-903-series-aggregation-services-routers/series.html#~tab-documents; https://www.cisco.com/c/en/us/support/switches/nexus-7000-series-switches/series.html#~tab-documents; and https://www.cisco.com/site/us/en/products/networking/switches/index.html#tabs-9da71fbd27-item-1288c79d71-tab.

43.     Defendant has committed and continues to commit acts of infringement that Defendant actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '398 Patent. Defendant's direct and indirect infringement of the '398 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of rights under the patent. Plaintiffs are entitled to an award of treble damages, reasonable attorneys' fees, and costs in bringing this action.

## COUNT II
### (Infringement of the '855 Patent)

44.     Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

45.     Plaintiff has not licensed or otherwise authorized Cisco to make, use, offer for sale, sell, or import any products or systems that embody the inventions of the '855 Patent.

46.     Cisco has directly infringed, or Cisco has and indirectly and/or contributorily infringed one or more claims of the '855 Patent by knowingly and intentionally inducing others, including Cisco's customers and end-users, to directly infringe claims of the '855 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271. For example, Defendant has indirectly infringed at least claim 1 of the '855 Patent by making, using and/or putting into use, offering to sell, selling, and/or importing into the United States the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router.

47.     On information and belief, the Accused Cisco Routers perform a method for transmitting data over a channel having a variable transmission rate. For example, the Cisco ASR 1000 Series Aggregation Services Routers are designed to handle data transmission over channels with variable transmission rates. The Cisco ASR 1000 Series Aggregation Services Router utilizes Multilink Point-to-Point Protocol ("MLP") to dynamically aggregate multiple low-speed links into a single high-speed channel, referred to as a bundle interface. The Cisco ASR 1000 Series

20

Aggregation Services Routers support various configurations, such as PPP over Ethernet ("PPPoE"), PPP over ATM ("PPPoA"), and advanced setups like VLAN or Queue-in-Queue ("QinQ"), providing flexibility across diverse network environments. On information and belief, in Cisco ASR 1000 Series Aggregation Services Routers, bandwidth control is achieved through default aggregation and tailored Quality of Service ("QoS") policies.

# Multilink PPP Support

First Published: October 2012

Last Updated: August 23, 2016

Multilink Point-to-Point Protocol (MLP) provides support to aggregate the bandwidth of low-speed WAN and broadband links into a single entity, referred to as a bundle interface. A bundle interface is a logical entity that provides a single point in which other features (for example, Quality of Service [QoS]) can be attached. MLP provides incremental bandwidth on demand, by adding additional links to the bundle, as needed. MLP also enables interleaving of latency-sensitive priority traffic with fragmented nonpriority traffic using link fragmentation and interleaving (LFI).

Member links that are a part of an MLP bundle can be bundled across ports on:

• The same shared port adapter (SPA)
• Different SPAs on the same SPA interface processor (SIP)
• Different SPAs on different SIPs

The Cisco IOS XE software supports MLP links for serial (T1, E1, NxDS0) and broadband topologies such as Multilink PPP over ATM (MLPoA), Multilink PPP over Ethernet (MLPoE), Multilink PPP over Ethernet over ATM (MLPoEoA), and Multilink PPP over LNS (MLPoLNS). Additionally, the Cisco IOS XE software allows the device to operate as an L2TP Access Concentrator (LAC), L2TP Network Server (LNS), or PPP Termination and Aggregation (PTA) device.

This document describes the features, limitations, and scaling of MLP on the Cisco ASR 1000 Series Aggregation Services Routers running the Cisco IOS XE software. For information about the configuration and operation of MLP in the Cisco IOS XE software, see the "Configuring Multilink PPP Connections" chapter in the Wide-Area Networking Configuration Guide: Multilink PPP, Cisco IOS XE Release 3S (Cisco ASR 1000) . [23]

48.    By way of further example, the Cisco ASR 1000 Series Aggregation Services Routers support Digital Subscriber Line ("DSL")-based networks. In DSL-based networks, the Cisco ASR 1000 Series Aggregation Services Router adjusts bandwidth using media-rate

---

[23] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

information from the DSL Access Multiplexer ("DSLAM").



49.     The Accused Cisco Routers determine the rate of transmission of the data over the channel. For example, in DSL-based networks, the Cisco ASR 1000 Series Aggregation Services Router dynamically adjusts bandwidth using media-rate information from the DSLAM. The DSLAM extracts and communicates vital session parameters, including link rates, using PPPoE vendor tags. For example, DSLAMs embed the actual data rate or media rate in PPPoE tags, such as the DSL-sync-rate tag, which provides downstream link rate information. Further, for upstream connections using MLPoE, MLPoEoVLAN, or MLPoEoQinQ, the DSLAM provides media rate information to the LAC, which in turn passes it to both the RADIUS server and the LNS router.

---

[24] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

## Bandwidth

The interface-level **bandwidth** command must not be used to define the bandwidth at the bundle level on the virtual template interface or the multilink interface. By default, the bundle bandwidth is the aggregate of the bandwidth of the individual member links that make up the bundle.

For ATM, the link-level bandwidth is part of the ATM Permanent Virtual Circuits (PVC) configuration based on the unspecified bit rate (UBR) or variable bit rate (VBR) configurations. The member-link bandwidth cannot be set for an MLPoE session on a PTA device. To define the bandwidth for an MLPoE-type bundle on a PTA device, a QoS policy must be applied to the bundle interface that shapes the bundle bandwidth at the class-default class with a parent shaper.

In PPPoE and MLPoE broadband networks, the DSL access multiplexer (DSLAM) placed between the customer premises equipment (CPE) and LAC or PTA, inserts a PPPoE vendor tag. This tag includes information such as, media rate, characteristics, and identification pertaining to the circuit or session.

For more information about Ethernet-based networks, see DSL Forum TR-101 Migration to Ethernet-Based DSL Aggregation April 2006 at:

http://www.broadband-forum.org/technical/download/TR-101.pdf
http://www.broadband-forum.org/technical/download/TR-101.pdf

The PTA passes media-rate information to the RADIUS server for selecting an appropriate QoS policy to the bundle session based on the reported bandwidth. In the context of MLP over LNS, the LAC passes media-rate information to both the RADIUS server and the LNS router. The LNS router uses the media-rate information to define the bandwidth of the corresponding member-link session. If the upstream connection at the LAC is MLPoE, MLPoEoVLAN, or MLPoEoQinQ, the DSLAM may provide the media rate information to the LAC. If the DSLAM does not provide the media rate, the member-link session bandwidth can be configured using the **l2tp tx-speed** *rate* and **l2tp rx-speed** *rate* commands within the **vpdn-group** configuration command or downloaded from the RADIUS server using the l2tp-tx-speed and l2tp-rx-speed attributes. [25]

50.    The Accused Cisco Routers receive a datagram for transmission over the channel at the determined rate of transmission. For example, in the Cisco ASR 1000 Series Aggregation Services Router, MLPoE supports receiving datagrams for transmission both upstream and downstream over a channel at a determined rate of transmission by employing Link Fragmentation and Interleaving ("LFI"). When a datagram, such as a large data packet, is received for transmission at the determined rate of transmission, the MLPoE bundle processes it according to the channel's capabilities and traffic requirements.

---

[25] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

**MLPoE at PTA Overview**

Single-link PPP over Ethernet and Multilink PPP over Ethernet (MLPoE) bundles support upstream and downstream link fragmentation and interleaving (LFI). Upstream refers to the traffic from the customer premises equipment (CPE) and downstream refers to the traffic to the CPE. The receiving device (CPE for downstream and PPP termination and aggregation [PTA] for upstream) reassembles fragmented, nonpriority packets. To reduce any delay in forwarding high-priority packets, the receiving device processes high-priority PPP packets as soon as they arrive.

The figure below shows a sample MLPoE network with LFI.

[26]



*Figure 1: Multilink Fragmentation and Interleaving*

In the figure above, both IP voice packets and a large datagram arrive at the interface from a single network link. Your network may have multiple links. The IP voice packet and large datagram are queued according to their classification. The large datagram is fragmented (the IP voice packets are not). The IP voice packets are interleaved between the fragments of the large datagram, to which multilink headers are added.

[27]

51.    The Accused Cisco Routers divide the datagram into fragments of a size no greater than a size limit that is set for the datagram responsive to the determined rate of transmission. For example, in the Cisco ASR 1000 Series Aggregation Services Router, the multilink fragmentation process breaks down large packets into smaller fragments based on the bandwidth and link characteristics of the member links in the MLP bundle. The fragment size is dynamically

---

[26] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

[27] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_latjit/configuration/xe-3s/qos-latjit-xe-3s-book.pdf.

calculated using parameters such as the link weight and maximum fragment size, which are influenced by the link's bandwidth and the fragment delay value.

Based on the values of the MLP fragmentation configuration commands, the MLP feature calculates two values that are used during MLP fragmentation: link weight and maximum fragment size. These parameters are calculated for each member link in the bundle.

First, a link weight must be determined for each member link. The link weight indicates the number of bytes, and the MLP uses this value to balance the data amongst the links in the bundle. This parameter is especially important when the links in a bundle are of unequal bandwidth. The link weight is based on a combination of the bandwidth of the member link and the PPP multilink fragment delay value. If you do not configure the fragment delay value, a default delay value of 30 milliseconds is used:

Link Weight = (Member Link Interface Bandwidth in bps/8) * Fragment Delay

Configuring the fragment delay to a smaller value results in smaller fragment size because the fragment delay value determines the default fragment size on the member link. This, in turn, implies loss of bandwidth due to the added Layer 2 header overhead. This is important for broadband MLP, which can have Layer 2 headers of 4 to 58 bytes in length.

The default maximum fragment size must be calculated per member link. The default maximum fragment size used will be the lesser value obtained from either of the following calculations:

- Link Weight – Multilink PPP + PPP Header Overhead (8)

- Interface MTU – Multilink PPP Header Overhead (4)

After the default maximum fragment size is calculated, if you have configured the **ppp multilink fragment size** (maximum) command at the multilink, virtual template, or serial interface level, the default maximum fragment size is compared against the configured maximum value and is capped accordingly. If the fragment size is configured at the serial interface level and the multilink interface level, the serial interface configuration takes precedence. [28]

52.     The Accused Cisco Routers transmit the fragments over the channel. For example, in the Cisco ASR 1000 Series Aggregation Services Router, the multilink fragmentation process combined with the handling of PPPoE sessions, and the interleaving of priority and non-priority packets, ensures that large datagrams are efficiently transmitted over the network. In the MLPoE configuration, for example, a larger datagram is fragmented into smaller packet fragments for transmission.

---

[28] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

**Multilink Fragmentation**

> With Multilink fragmentation, the large datagram is fragmented ("chopped") into a number of small packet fragments, Multilink headers are added to the packet fragments, and the packet fragments are transmitted individually to a network peer. [29]

53.    The Accused Cisco Routers divide the datagram by setting the size limit such that a length of time required to transmit each of the fragments is no greater than a predetermined maximum time. For example, LFI and MLP in the Cisco ASR 1000 Series Aggregation Services Router set a size limit for each fragment, thereby ensuring the fragments can be transmitted on time, without delaying important packets like voice or video data. By way of further example, when multilink fragmentation is used, a larger datagram is split into smaller fragments that are sent over different links so the time it takes to send each fragment fits within the allowed time. Further, Accused Cisco Routers use interleaving, such that priority packets (such as voice or video) are inserted between the fragments of the large datagram. These priority packets are sent first, ensuring that important data is transmitted quickly.

**Multilink Fragmentation**

> With Multilink fragmentation, the large datagram is fragmented ("chopped") into a number of small packet fragments, Multilink headers are added to the packet fragments, and the packet fragments are transmitted individually to a network peer.
>
> When interleaving is enabled, the packet fragments are small enough so that the time it takes to transmit them does not exceed the time budgeted for transmitting the real-time (time-sensitive) data packet. The real-time data packets are interleaved between the fragments of the large datagram.
>
> Each time Multilink prepares to send another data packet fragment or frame to the receiving network peer, Multilink first checks to see if a real-time (time-sensitive) packet has arrived in the transmit queue. If so, the high-priority packet is sent first before sending the next fragment from the large datagram.
>
> The time delay before the priority packets arrive at the receiving network link is subject to the usual serialization delays at the network link level. That is, any other data already being transmitted has to be finished before the priority packet can be sent. By segmenting long datagrams into small fragments, and checking for newly [30]

---

[29] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_latjit/configuration/xe-3s/qos-latjit-xe-3s-book.pdf.

[30] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_latjit/configuration/xe-3s/qos-latjit-xe-3s-book.pdf.

## Downstream LFI

Although LFI is thought of as a single feature, it is actually two independent features within MLP. MLP link fragmentation allows larger packets to be Layer 2 fragmented by MLP, and the fragments to be distributed across the various member links in the MLP bundle. These fragments are MLP encapsulated and sequenced. These fragments are then collected, reordered, and reassembled at the peer termination point for the MLP bundle interface.



**Note**   For more information about interleaving with QoS, see the *Quality of Service* section..

Interleaving enables you to reduce transmission delay on delay-sensitive voice, video, and interactive application data by interleaving it with the MLP fragments. When interleaving is configured, the packets on the bundle interface that QoS classifies as priority packets are interleaved. These priority packets are PPP encapsulated and interleaved with the MLP-encapsulated fragments or packets. When the peer router receives the PPP packets, they can be immediately forwarded, whereas, the received MLP-encapsulated packets have to be reordered and reassembled before being forwarded. While link fragmentation and interleaving can be configured on any multilink bundle, this LFI functionality is beneficial only on bundles of 1 Mbps or less. Packet transmission delays of higher bandwidth bundles are such that QoS prioritization of priority traffic should be sufficient to guarantee preferential treatment of the priority traffic without the need for LFI. [31]

arrived priority frames between fragments, the priority frame is delayed only by the time it takes to transmit a previously queued fragment rather than a complete large datagram.

Thus, the maximum size of the fragments dictates the responsiveness for insertion of priority packets into the stream. The fragment size can be tuned by adjusting the fragment delay with the **ppp multilink fragment delay** command.

To ensure correct order of transmission and reassembly (which occurs later), multilink headers are added to the large datagram fragments after the packets are dequeued and ready to be sent.

The figure below is a simplified illustration of how Multilink fragments and interleaves packets.

**Figure 1: Multilink Fragmentation and Interleaving**



In the figure above, both IP voice packets and a large datagram arrive at the interface from a single network link. Your network may have multiple links. The IP voice packet and large datagram are queued according to their classification. The large datagram is fragmented (the IP voice packets are not). The IP voice packets are interleaved between the fragments of the large datagram, to which multilink headers are added. [32]

---

[31] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

[32] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

54.    The Accused Cisco Routers receive the datagram associated with a low-priority service, and wherein the predetermined maximum time comprises a maximum delay applicable to other datagrams associated with a high-priority service, which are also transmitted over the channel. For example, the LFI function and MLP in the Cisco ASR 1000 Series Aggregation Services Router ensure that high-priority traffic, such as voice or video data, gets transmitted with minimal delay, even when other larger, lower-priority data is being sent over the same links. In LFI, fragmenting large datagrams and distributing these fragments across multiple links in the MLP bundle allows efficient use of available bandwidth, while interleaving ensures that time-sensitive packets are sent in between fragments of lower-priority traffic. Further, priority packets, like voice or video data, are sent quickly, even if there are other, lower-priority packets being transmitted at the same time. The size of data pieces in priority packets is adjusted to control how quickly priority packets are sent.



**Multilink Fragmentation**

With Multilink fragmentation, the large datagram is fragmented ("chopped") into a number of small packet fragments, Multilink headers are added to the packet fragments, and the packet fragments are transmitted individually to a network peer.

When interleaving is enabled, the packet fragments are small enough so that the time it takes to transmit them does not exceed the time budgeted for transmitting the real-time (time-sensitive) data packet. The real-time data packets are interleaved between the fragments of the large datagram.

Each time Multilink prepares to send another data packet fragment or frame to the receiving network peer, Multilink first checks to see if a real-time (time-sensitive) packet has arrived in the transmit queue. If so, the high-priority packet is sent first before sending the next fragment from the large datagram.

The time delay before the priority packets arrive at the receiving network link is subject to the usual serialization delays at the network link level. That is, any other data already being transmitted has to be finished before the priority packet can be sent. By segmenting long datagrams into small fragments, and checking for newly [33]

---

[33] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_latjit/configuration/xe-3s/qos-latjit-xe-3s-book.pdf.

arrived priority frames between fragments, the priority frame is delayed only by the time it takes to transmit a previously queued fragment rather than a complete large datagram.

Thus, the maximum size of the fragments dictates the responsiveness for insertion of priority packets into the stream. The fragment size can be tuned by adjusting the fragment delay with the **ppp multilink fragment delay** command.

To ensure correct order of transmission and reassembly (which occurs later), multilink headers are added to the large datagram fragments after the packets are dequeued and ready to be sent.

The figure below is a simplified illustration of how Multilink fragments and interleaves packets.

*Figure 1: Multilink Fragmentation and Interleaving*



In the figure above, both IP voice packets and a large datagram arrive at the interface from a single network link. Your network may have multiple links. The IP voice packet and large datagram are queued according to their classification. The large datagram is fragmented (the IP voice packets are not). The IP voice packets are interleaved between the fragments of the large datagram, to which multilink headers are added. [34]

55.    Defendant directly infringes the '855 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by using the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router.

56.    Defendant has indirectly infringed one or more claims of the '855 Patent by knowingly and intentionally inducing others, including Cisco customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

57.    Defendant, with knowledge that these products, or the use thereof, infringed the

---

[34] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/wan_mlp/configuration/xe-16-9/wan-mlp-xe-16-9-book.pdf.

'855 Patent at least as of the March 20, 2017 Letter, knowingly and intentionally induced, direct infringement of the '855 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '855 Patent at least as early as the issuance of the '855 Patent.

58.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '855 Patent, but while remaining willfully blind to the infringement. Defendant has induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[35]

59.    Plaintiffs have suffered damages as a result of Defendant's direct and indirect infringement of the '855 Patent in an amount to be proven at trial.

## COUNT III
**(Infringement of the '605 Patent)**

60.    Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

---

[35] *See* https://www.cisco.com/c/en/us/support/all-products.html; https://www.cisco.com/c/en/us/support/routers/asr-1000-series-aggregation-services-routers/series.html; https://www.cisco.com/c/en/us/support/routers/asr-903-series-aggregation-services-routers/series.html#~tab-documents; https://www.cisco.com/c/en/us/support/switches/nexus-7000-series-switches/series.html#~tab-documents; https://www.cisco.com/site/en/products/networking/switches/index.html#tabs-9da71fbd27-item-1288c79d71-tab.

61.     Plaintiff has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '605 Patent.

62.     Defendant has infringed, and continues to directly infringe, or Cisco has and continues to indirectly and/or contributorily infringe one or more claims of the '605 Patent by knowingly and intentionally inducing others, including Cisco's customers and end-users, to directly infringe claims of the Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271. For example, Defendant has and continues to indirectly infringe at least claim 1 of the '605 Patent by making, using and/or putting into use, offering to sell, selling, and/or importing into the United States the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router, which is representative and performs each and every step of one or more claims of the '605 Patent.

63.     The Accused Cisco Routers establish a connection with a guaranteed bandwidth for transmitting data between first and second endpoints. For example, the Cisco ASR 1000 Series Aggregation Services Router aggregates multiple WAN connections and network services including encryption and traffic management, and forward them across WAN connections. The router contains both hardware and software redundancy in a high-availability design to guarantee bandwidth for transmitting data between first and second endpoints.

---

**Product overview**

Cisco ASR 1000 Series Aggregation Services Routers provide a Software Defined WAN platform that aggregates multiple WAN connections and network services including encryption and traffic management, and forward them across WAN connections at line speeds from 2.5 to 200 Gbps. The routers contain both hardware and software redundancy in an industry-leading high-availability design.

The latest additions to the Cisco ASR 1000 Series are the Cisco ASR 1002-HX Router and the Cisco ASR 1001-HX Router. Both new routers support up to 100 Gbps in a 2-Rack-Unit (2RU) and 60 Gbps in a 1-Rack-Unit (1RU) form factor, respectively. The ASR 1002-HX has 8 built-in 10 Gigabit Ethernet (GE) ports and 8 1 GE ports, with the Ethernet Port Adapter (EPA) slot for expansion. The ASR 1001-HX has 4 built-in 10 GE ports, 8 1 GE ports, and 4 configurable 10 GE or 1 GE ports. The Cisco ASR 1000 Series Route Processor 3 is the newest addition to the modular control plane engines in the Cisco ASR 1000 Series. The Route Processor 3 adds more options for higher performance, memory, and storage to the ASR 1000 Series.

The Cisco ASR 1000 Series supports Cisco IOS XE Software, a modular operating system with modular packaging, feature velocity, and powerful resiliency. The Cisco ASR 1000 Series Embedded Services Processors (ESPs), which are based on Cisco Flow Processor technology, accelerate many advanced features such as crypto-based access security; Network Address Translation (NAT), thread defense with Cisco Zone-Based Firewall (ZBFW), Deep Packet Inspection (DPI), Cisco Unified Border Element (CUBE), and a diverse set of Data-Center-Interconnect (DCI) features. These services are implemented in Cisco IOS XE Software without the need for additional hardware support. [36]

---

64.    The Accused Cisco Routers define a logical link comprising a plurality of parallel physical links between the endpoints. For example, the Cisco ASR 1000 Series Aggregation Services Router implements IEEE 802.3ad Link Bundling. The IEEE 802.3ad Link Bundling feature comprises a method for aggregating multiple parallel physical (*e.g.*, ethernet) links between endpoints into a single logical channel based on the IEEE 802.3ad standard.

---

[36] *See* https://www.cisco.com/c/en/us/products/collateral/routers/asr-1000-series-aggregation-services-routers/datasheet-c78-731632.pdf.

---

**IEEE 802.3ad Link Bundling**

The IEEE 802.3ad Link Bundling feature provides a method for aggregating multiple Ethernet links into a single logical channel based on the IEEE 802.3ad standard. This feature helps improve the cost effectiveness of a device by increasing cumulative bandwidth without necessarily requiring hardware upgrades. In addition, IEEE 802.3ad Link Bundling provides a capability to dynamically provision, manage, and monitor various aggregated links and enables interoperability between various Cisco devices and devices of third-party vendors.

LACP supports the automatic creation of EtherChannels by exchanging LACP packets between LAN ports. LACP packets are exchanged only between ports in passive and active modes. The protocol "learns" the capabilities of LAN port groups dynamically and informs the other LAN ports. After LACP identifies correctly matched Ethernet links, it facilitates grouping the links into an EtherChannel. Then the EtherChannel is added to the spanning tree as a single bridge port.

Both the passive and active modes allow LACP to negotiate between LAN ports to determine if they can form an EtherChannel, based on criteria such as port speed and trunking state. (Layer 2 EtherChannels also use VLAN numbers.) LAN ports can form an EtherChannel when they are in compatible LACP modes, as in the following examples:

- A LAN port in active mode can form an EtherChannel with another LAN port that is in active mode.
- A LAN port in active mode can form an EtherChannel with another LAN port in passive mode.
- A LAN port in passive mode cannot form an EtherChannel with another LAN port that is also in passive mode because neither port will initiate negotiation.    [37]

---

65.    The Accused Cisco Routers determine a measure of fluctuation that occurs in a rate of transmission of the data over the physical links when the data are distributed for transmission among the physical links, wherein the fluctuation is due to a non-uniform distribution of load among the parallel physical links comprised in the logical link. For example, the Cisco ASR 1000 Series Aggregation Services Router implements per-tunnel QoS for Dynamic Multipoint VPN ("DMVPN") and adaptive QoS for per-tunnel QoS for DMVPN, which applies a QoS policy on a DMVPN hub on a per-tunnel instance. This shapes fluctuations in tunnel traffic due to a non-uniform distribution of load to one of the parallel physical links comprised in the logical link (*e.g.*, a spoke) and differentiates individual data flows going through the tunnel for policing. The tunnel traffic for each spoke is measured individually for shaping and policing.

---

[37] *See* https://www.cisco.com/c/en/us/td/docs/routers/asr1000/configuration/guide/chassis/ce-xe-3s-asr1000-book.pdf.

**Per-Tunnel QoS for DMVPN Overview**

The Per-Tunnel QoS for DMVPN feature lets you apply a QoS policy on a DMVPN hub on a per-tunnel instance (per-spoke basis) in the egress direction for DMVPN hub-to-spoke tunnels. The QoS policy on a DMVPN hub on a per-tunnel instance lets you shape tunnel traffic to individual spokes (a parent policy) and differentiate individual data flows going through the tunnel for policing (a child policy). The QoS policy that the hub uses for a specific spoke is selected according to the specific NHRP group into which that spoke is configured. Although you can configure many spokes into the same NHRP group, the tunnel traffic for each spoke is measured individually for shaping and policing.

You can use this feature with DMVPN with or without Internet Protocol Security (IPsec).

When the Per-Tunnel QoS for DMVPN feature is enabled, queueing and shaping are performed at the outbound physical interface for generic routing encapsulation (GRE/IPsec tunnel packets. The per-Tunnel QoS for DMVPN feature ensures that the GRE header, the IPsec header, and the Layer 2 (for the physical interface) header are included in the packet-size calculations for shaping and bandwidth queueing of packets under QoS.

**Benefits of per-Tunnel QoS for DMVPN**

Before the introduction of per-Tunnel QoS for DMVPN feature, QoS on a DMVPN hub could be configured to measure only either the outbound traffic in the aggregate (overall spokes) or outbound traffic on a per-spoke basis (with extensive manual configuration).

The per-Tunnel QoS for DMVPN feature provides the following benefits:

- The QoS policy is attached to the DMVPN hub, and the criteria for matching the tunnel traffic are set up automatically as each spoke registers with the hub (which means that extensive manual configuration is not needed).
- Traffic can be regulated from the hub to spokes on a per-spoke basis.
- The hub cannot send excessive traffic to (and overrun) a small spoke.
- The amount of outbound hub bandwidth that a "greedy" spoke can consume can be limited, and therefore, the traffic cannot monopolize a hub's resources and starve other spokes.

[38]



**Adaptive QoS for Per-Tunnel QoS over DMVPN**

Per-tunnel QoS over DMVPN can be configured on the hub towards the spoke today using Next Hop Resolution Protocol (NHRP) groups. The QoS policies contain static shapers. With Adaptive QoS, the framework of per tunnel QoS configuration remains the same, but the shaper can be an adaptive one as shown in the following figure. These shapers would adapt automatically based on the changing Internet bandwidth that is periodically computed using an algorithm.

*Figure 1: Adaptive QoS for Per-Tunnel QoS over DMVPN*

[39]

66.     The Accused Cisco Routers allocate a link bandwidth on each of the physical communication links for use in conveying the data between the endpoints such that the allocated link bandwidth comprises a predefined safety margin based on the measure of fluctuation, so that

---

[38] *See* https://www.cisco.com/en/US/docs/ios-xml/ios/sec_conn_dmvpn/configuration/15-2mt/sec-conn-dmvpn-per-tunnel-qos.html.

[39] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_plcshp/configuration/xe-16/qos-plcshp-xe-16-book/qos-plcshp-adaptive-qos-dmvpn.pdf.

a sum of the allocated link bandwidth over the plurality of the parallel physical links is substantially greater than the guaranteed bandwidth of the connection. For example, the Cisco ASR 1000 Series Aggregation Services Router implements per-tunnel QoS and adaptive QoS for per-tunnel Qos for DMVPN. On information and belief, these features allocate a link bandwidth while including a predefined safety margin based on fluctuation, such that the total bandwidth over the multiple links is substantially greater than the guaranteed bandwidth.

---

**Per-Tunnel QoS for DMVPN Overview**

The Per-Tunnel QoS for DMVPN feature lets you apply a QoS policy on a DMVPN hub on a per-tunnel instance (per-spoke basis) in the egress direction for DMVPN hub-to-spoke tunnels. The QoS policy on a DMVPN hub on a per-tunnel instance lets you shape tunnel traffic to individual spokes (a parent policy) and differentiate individual data flows going through the tunnel for policing (a child policy). The QoS policy that the hub uses for a specific spoke is selected according to the specific NHRP group into which that spoke is configured. Although you can configure many spokes into the same NHRP group, the tunnel traffic for each spoke is measured individually for shaping and policing.

You can use this feature with DMVPN with or without Internet Protocol Security (IPsec).

When the Per-Tunnel QoS for DMVPN feature is enabled, queueing and shaping are performed at the outbound physical interface for generic routing encapsulation (GRE)/IPsec tunnel packets. The per-Tunnel QoS for DMVPN feature ensures that the GRE header, the IPsec header, and the Layer 2 (for the physical interface) header are included in the packet-size calculations for shaping and bandwidth queueing of packets under QoS.

**Benefits of per-Tunnel QoS for DMVPN**

Before the introduction of per-Tunnel QoS for DMVPN feature, QoS on a DMVPN hub could be configured to measure only either the outbound traffic in the aggregate (overall spokes) or outbound traffic on a per-spoke basis (with extensive manual configuration).

The per-Tunnel QoS for DMVPN feature provides the following benefits:

- The QoS policy is attached to the DMVPN hub, and the criteria for matching the tunnel traffic are set up automatically as each spoke registers with the hub (which means that extensive manual configuration is not needed).
- Traffic can be regulated from the hub to spokes on a per-spoke basis.
- The hub cannot send excessive traffic to (and overrun) a small spoke.
- The amount of outbound hub bandwidth that a "greedy" spoke can consume can be limited, and therefore, the traffic cannot monopolize a hub's resources and starve other spokes.

4041

---

[41] *See* https://www.cisco.com/en/US/docs/ios-xml/ios/sec_conn_dmvpn/configuration/15-2mt/sec-conn-dmvpn-per-tunnel-qos.html.

---

# Distribution of Remaining Bandwidth Using Ratio

The Distribution of Remaining Bandwidth Using Ratio feature allows service providers to configure a bandwidth-remaining ratio on subinterfaces and class queues. This ratio specifies the relative weight of a subinterface or queue with respect to other subinterfaces or queues. During congestion, the router uses this bandwidth-remaining ratio to determine the amount of excess bandwidth (unused by priority traffic) to allocate to a class of nonpriority traffic. The router allocates excess bandwidth relative to the other subinterface-level queues and class queues configured on the physical interface. By administration of a bandwidth-remaining ratio, traffic priority is not based solely on speed. Instead, the service provider can base priority on alternative factors such as service product and subscription rate. [42]

---

67.    The Accused Cisco Routers convey the data over the logical link by distributing the data for transmission among the physical links in accordance with the allocated link bandwidth. For example, the Cisco ASR 1000 Series Aggregation Services Router implements adaptive QoS for per-tunnel QoS over DMVPN, which conveys data over the logical link by distributing the data among the parallel physical links in accordance with each link's allocated bandwidth.

---

[42] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_plcshp/configuration/xe-16/qos-plcshp-xe-16-book.pdf.

## Adaptive QoS for Per-Tunnel QoS over DMVPN

Per-tunnel QoS over DMVPN can be configured on the hub towards the spoke today using Next Hop Resolution Protocol (NHRP) groups. The QoS policies contain static shapers. With Adaptive QoS, the framework of per tunnel QoS configuration remains the same, but the shaper can be an adaptive one as shown in the following figure. These shapers would adapt automatically based on the changing Internet bandwidth that is periodically computed using an algorithm.

*Figure 1: Adaptive QoS for Per-Tunnel QoS over DMVPN*



68.     Defendant directly infringes the '605 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by using the Accused Cisco Routers, including the Cisco ASR 1000 Series Aggregation Services Router.

69.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '605 Patent by knowingly and intentionally inducing others, including Cisco customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

70.     Defendant, with knowledge that these products, or the use thereof, infringe the '605 Patent at least as of the March 20, 2017 Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '605 Patent by providing these

---

[43] *See* https://www.cisco.com/c/en/us/td/docs/ios-xml/ios/qos_plcshp/configuration/xe-16/qos-plcshp-xe-16-book/qos-plcshp-adaptive-qos-dmvpn.pdf.

products to end-users for use in an infringing manner. Additionally, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '605 Patent at least as early as the issuance of the '605 Patent.

71.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '605 Patent, but while remaining willfully blind to the infringement. Defendant has induced, and continues to induce, infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[44]

72.    Plaintiffs have suffered damages as a result of Defendant's direct and indirect infringement of the '605 Patent in an amount to be proven at trial.

73.    Plaintiffs have suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '605 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

---

[44] *See* https://www.cisco.com/c/en/us/support/all-products.html; https://www.cisco.com/c/en/us/support/routers/asr-1000-series-aggregation-services-routers/series.html; https://www.cisco.com/c/en/us/support/routers/asr-903-series-aggregation-services-routers/series.html#~tab-documents; https://www.cisco.com/c/en/us/support/switches/nexus-7000-series-switches/series.html#~tab-documents; https://www.cisco.com/site/us/en/products/networking/switches/index.html#tabs-9da71fbd27-item-1288c79d71-tab.

## COUNT IV
### (Infringement of the '234 Patent)

74.    Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

75.    Plaintiff has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '234 Patent.

76.    Defendant has infringed, and continues to directly infringe, or Cisco has and continues to indirectly and/or contributorily infringe one or more claims of the '234 Patent by knowingly and intentionally inducing others, including Cisco's customers and end-users, to directly infringe claims of the Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that perform each and every step of one or more claims of the '234 Patent. For example, Defendant has and continues to indirectly infringe at least claim 1 of the '605 Patent by making, using, offering to sell, selling, and/or importing into the United States the Accused Cisco Switches, including the Cisco Catalyst 9500 Series Switch, which is representative and performs each and every step of one or more claims of the '234 Patent.

77.    The Accused Cisco Switches infringe at least the method of Claim 10 for performing a method for address assignment in a network element. For example, the Cisco Catalyst 9500 Series Switch comprises a network element that assigns up to 256,000 MAC addresses. The Cisco Catalyst 9500 Series Switch employs dynamic MAC address allocation mechanisms, including automated MAC address learning and assignment for network interfaces.

**Reimagine, Reinforce, Redefine**

The Catalyst 9500 Series, including the Catalyst 9500X models, continues to shape the future with continued innovation that helps you reimagine connections, reinforce security and redefine the experience for your hybrid workforce big and small.

Cisco Catalyst 9500 Series switches based on Cisco Unified Access Data Plane (UADP) Application-Specific Integrated Circuit (ASIC) are Cisco's lead fixed enterprise core and aggregation switching platform and as part of the Catalyst 9000 family, are built to transform your network to handle a hybrid world where the workplace is anywhere, endpoints could be anything, and applications are hosted all over the place.

Cisco Catalyst 9500X switch based on Cisco Silicon One Q200 ASIC is purpose built for the next generation core with a programmable pipeline (P4) and is the first network silicon to offer switching capacity up to 12.8 Tbps full duplex in the enterprise. The Q200 ASIC offers high-performance along with full routing and switching capabilities without external memories. This is enabled by internal architecture that includes an on-chip High Bandwidth Memory (HBM). The Catalyst 9500X switch leverages a high- performance multiple core x86 CPU, and is Cisco's leading purpose-built fixed core and edge services enterprise switching platform, built for security, IoT, and cloud.

Cisco Catalyst 9500X switch is the industry's first purpose-built fixed 10, 25, 50, 40, 100, 200 and 400 Gigabit Ethernet switch targeted for the enterprise campus. The Catalyst 9500X switch delivers unmatched forwarding scale (MAC addresses, IP unicast and multicast routes, MPLS labels) and deep buffering for enterprise applications. The Catalyst 9500X models includes non-blocking 50 Gigabit Ethernet Small Form-Factor Pluggable (SFP-56) and non-blocking 400 Gigabit Ethernet Quad Small Form-Factor Pluggable Double Density (QSFP-DD) ports.

Catalyst 9500 Series switches support advanced routing and infrastructure services (such as Multiprotocol Label Switching [MPLS] Layer 2 and Layer 3 VPNs, Multicast VPN [MVPN], and Network Address Translation [NAT]); Cisco Software-Defined Access capabilities (such as a host tracking database, cross-domain connectivity, and VPN Routing and Forwarding [VRF]-aware Locator/ID Separation Protocol [LISP]); and network system virtualization with Cisco StackWise Virtual technology that are critical for their placement in the campus core. The Cisco Catalyst 9500 Series also supports foundational high-availability capabilities such as patching, Cisco Nonstop Forwarding with Stateful Switchover (NSF/SSO), redundant platinum-rated power supplies, and fans, while supporting a wide array of optics. Catalyst 9500 Series switches provide operational choice of Cisco Catalyst Center, or Meraki cloud monitoring.

[45]

**Switch performance**

Table 16 shows performance specifications for the Cisco Catalyst 9500 Series Switches.

**Table 16.**   Performance specifications

| Performance numbers for all switch models | C9500-16X | C9500-32C | C9500-32QC | C9500-48Y4C | C9500-24Y4C | C9500X-28C8D | C9500X-60L4D |
|---|---|---|---|---|---|---|---|
| **ASIC** | **UADP 2.0** | **UADP 3.0** | | | | **Q200** | |
| **Switching capacity** | Up to 480 Gbps | Up to 6.4 Tbps[2] | Up to 3.2 Tbps[2] | Up to 3.2 Tbps[2] | Up to 2.0 Tbps[2] | Up to 12 Tbps | Up to 9.2 Tbps |
| **Forwarding rate** | Up to 360 Mpps | Up to 2 Bpps | Up to 1 Bpps | Up to 1 Bpps | Up to 1 Bpps | 8 Bpps | 8 Bpps |
| **Total MAC addresses** | Up to 64,000[1] | Up to 82,000[1] | | | | Up to 256,000[1] | |

[46]

78.    The Accused Cisco Switches store first MAC addresses in a backplane memory of

---

[45] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9500-series-switches/nb-06-cat9500-ser-data-sheet-cte-en.pdf.

[46] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9500-series-switches/nb-06-cat9500-ser-data-sheet-cte-en.pdf.

a backplane of the network element. For example, the Cisco Catalyst 9500 Series Switch assigns MAC addresses derived from a backplane memory (*e.g.*, Electrically Erasable Programmable Read-Only Memory ["EEPROM"] memory) located on the network element (*e.g.*, Cisco Catalyst 9500 Series Switch).



79.    The Accused Cisco Switches store second MAC addresses in a CFM memory connected to the backplane. For example, on information and belief, the Cisco Catalyst 9500 Series Switch comprises individual SV switches that store second MAC addresses (*e.g.*, virtual MAC addresses) when the StackWise Virtual domain is restarted or fails. In this scenario, a SV switch, connected to the StackWise Virtual Link and the EEPROM memory assumes the SV active role with virtual MAC addresses, which are different from MAC addresses. The second MAC addresses are then assigned by the CFM memory (*e.g.*, the new active switch) upon failover.

---

[47] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf.

If the entire StackWise Virtual domain is restarted and brought online again, and the peer switch or any other switch assumes the SV active role on activation, the virtual MAC address will then be derived from the new active switch. Consequently, the virtual MAC addresses will be different than they were before the system reload. In most environments, this change does not represent a problem, because gratuitous Address Resolution Protocol (ARP) frames advertising the new virtual MAC addresses are transmitted upon interface initialization.

If one of the switches in a StackWise Virtual domain fails completely with a hardware failure and happens to be the owner of the StackWise Virtual MAC address, the system will continue to function with the same MAC address unless the StackWise Virtual domain reloads or the user explicitly updates the stack MAC address. To update the MAC address on the StackWise virtual domain, execute the command "stack-mac update force." This will update the stack MAC address with the current active virtual switch. [48]

80.    The Accused Cisco Switches, using the CFM, and selecting MAC addresses to be assigned to respective network interfaces of tributary modules in the network element from among the first MAC addresses when the CFM is able to access the backplane memory and from among the second MAC addresses when the CFM is unable to access the backplane memory. For example, on information and belief, the Cisco Catalyst 9500 Series Switch use an active SV switch to assign MAC addresses from EEPROM memory to different network interfaces of tributary modules when possible, and assign from the virtual MAC addresses when the EEPROM is inaccessible.

**Cisco Catalyst 9500 models**

- The Cisco Unified Access Data Plane (UADP) Application-Specific Integrated Circuit (ASIC) ready for next-generation technologies with its programmable pipeline, microengine capabilities, and template-based, configurable allocation of Layer 2 and Layer 3 forwarding, Access Control Lists (ACLs), and Quality-of-Service (QoS) entries.
- Up to 6.4 Tbps switching capacity with up to 2 Bpps of forwarding performance.
- Up to 36 MB of unified buffer per ASIC.
- Intel 2.4-GHz x86 CPU with up to 120 GB of USB 3.0 or up to 960 GB of SATA SSD storage for container-based application hosting.
- Up to 32 nonblocking 100 Gigabit Ethernet QSFP28 ports.
- Up to 32 nonblocking 40 Gigabit Ethernet QSFP+ ports.
- Up to 48 nonblocking 25 Gigabit Ethernet SFP28 ports.
- Up to 48 nonblocking 10 Gigabit Ethernet SFP+ ports. [49]

---

[48] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf.

[49] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9500-series-switches/nb-06-cat9500-ser-data-sheet-cte-en.pdf.

---

**Switch Stacks and Link Aggregation Control Protocol**

> With LACP, the system ID uses the stack MAC address from the active switch. When an active switch fails or leaves the stack and the standby switch becomes the new active switch, the LACP system ID is unchanged. By default, the LACP configuration is not affected after the active switch changes.

[50]

---

81. The Accused Cisco Switches assign the selected MAC addresses to the network interfaces by communication between the CFM and the tributary modules via the backplane. For example, on information and belief, when a StackWise Virtual switch boots up in the Cisco Catalyst 9500 Series Switch and transitions to an active state, it assigns a MAC address initially from the backplane memory (*e.g.*, EEPROM) to all its network interfaces (*e.g.*, Layer 3 interfaces) by communication with tributary modules through the StackWise Virtual Link.

---

**StackWise Virtual MAC addresses**

When a SV switch boots up and transitions to an active state, it assigns a MAC address to all its Layer 3 interfaces. From a default configuration, the MAC address is derived from an EEPROM memory device located on the Cisco Catalyst 9000 Switch itself. The switch that is elected to the active role will provide the system MAC address for the StackWise Virtual domain.

When the SV standby switch is brought online after StackWise Virtual activation, it also derives its switch MAC addresses from the MAC EEPROM of the active virtual switch. From this point onward, even if a switchover occurs between the virtual switches (causing a role change), the MAC address remains consistent, as shown in Figure 4. This is also shown in the output below the figure as "indefinite" in the MAC persistency wait time. This behavior especially helps in reducing the traffic impact, because the StackWise Virtual domain does not have to advertise a new MAC address to the neighbors during unexpected switchovers. You can modify this behavior by defining a specific time with **"stack-mac persistent timer #,"** which will typically update the MAC address of the system with the current active virtual switch within the configured time.

**Figure 4.** MAC address synchronization across a StackWise Virtual domain



[51]

---

82. The Accused Cisco Switches establish communication via the network interfaces

---

[50] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf.

[51] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9000/nb-06-cat-9k-stack-wp-cte-en.pdf.

over network trunks using the assigned MAC addresses. For example, on information and belief, the Cisco Catalyst 9500 Series Switch uses StackWise Virtualization for assigning the MAC addresses to the network interfaces of the tributary modules over network trunks for Layer 2 and Layer 3 domains using VLAN-based network trunking (*e.g.*, IEEE 802.1Q).

---

**Cisco Catalyst 9500 models**

- The Cisco Unified Access Data Plane (UADP) Application-Specific Integrated Circuit (ASIC) ready for next-generation technologies with its programmable pipeline, microengine capabilities, and template-based, configurable allocation of Layer 2 and Layer 3 forwarding, Access Control Lists (ACLs), and Quality-of-Service (QoS) entries.
- Up to 6.4 Tbps switching capacity with up to 2 Bpps of forwarding performance.
- Up to 36 MB of unified buffer per ASIC.
- Intel 2.4-GHz x86 CPU with up to 120 GB of USB 3.0 or up to 960 GB of SATA SSD storage for container-based application hosting.
- Up to 32 nonblocking 100 Gigabit Ethernet QSFP28 ports.
- Up to 32 nonblocking 40 Gigabit Ethernet QSFP+ ports.
- Up to 48 nonblocking 25 Gigabit Ethernet SFP28 ports.
- Up to 48 nonblocking 10 Gigabit Ethernet SFP+ ports.
- Scalable Layer 3 routing (IPv4, IPv6, and multicast) tables and Layer 2 switching tables.
- Hardware support for Application Hosting.
- IEEE 802.1ba AV Bridging (AVB) built in to provide a better AV experience through improved time synchronization and QoS.
- Precision Time Protocol (PTP; IEEE 1588v2) provides accurate clock synchronization with sub-microsecond accuracy, making it suitable for distribution and synchronization of time and frequency over the network.
- Support for both static and dynamic NAT and Port Address Translation (PAT).
- Cisco StackWise Virtual technology, a network system virtualization technology that increases operational efficiency and boosts nonstop communications and scaled system bandwidth. Multichassis EtherChannel can be configured across StackWise-Virtual members for high resiliency.
- Platinum-rated (Greater than 90% efficient) AC and/pr DC power supplies.
- Field-replaceable fan-tray units.
- Meraki Cloud monitoring option.

[52]

---

83.     Defendant directly infringes the '234 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by using the Accused Cisco Switches, including the Cisco Catalyst 9500 Series Switch.

84.     Cisco directly infringes at least Claim 10 of the '234 Patent because Cisco makes, sells, uses and/or puts into use the Accused Cisco Switches, including the Cisco Catalyst 9500

---

[52] *See* https://www.cisco.com/c/en/us/products/collateral/switches/catalyst-9500-series-switches/nb-06-cat9500-ser-data-sheet-cte-en.pdf.

Series Switch.

85.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '234 Patent by knowingly and intentionally inducing others, including Cisco customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

86.     Defendant, with knowledge that these products, or the use thereof, infringe the '234 Patent at least as of the March 20, 2017 Letter, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '234 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '234 Patent at least as early as the issuance of the '234 Patent.

87.     Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '234 Patent, but while remaining willfully blind to the infringement. Defendant has induced, and continues to induce, infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other

publications.[53]

88.    Plaintiffs have suffered damages as a result of Defendant's direct and indirect infringement of the '234 Patent in an amount to be proven at trial.

89.    Plaintiffs have suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '234 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

**COUNT V**
**(Infringement of the '135 Patent)**

90.    Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

91.    Plaintiff has not licensed or otherwise authorized Cisco to make, use, offer for sale, sell, or import any products or systems that embody the inventions of the '135 Patent.

92.    Cisco has directly infringed, or Cisco has indirectly and/or contributorily infringed one or more claims of the '135 Patent by knowingly and intentionally inducing others, including Cisco's customers and end-users, to directly infringe claims of the  '135 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, For example, Defendant has and continues to indirectly infringe at least claim 1 of the '605 Patent by making, using and/or putting into use, offering to sell, selling, and/or importing into the United States the Accused Cisco Switches, including the Cisco Nexus 7000 Series Switches, which perform each and every step of one or more claims of the '135 Patent.

93.    On information and belief, the Accused Cisco Switches perform a method for fault

---

[53] *See* https://www.cisco.com/c/en/us/support/all-products.html;
https://www.cisco.com/c/en/us/support/routers/asr-1000-series-aggregation-services-routers/series.html; https://www.cisco.com/c/en/us/support/routers/asr-903-series-aggregation-services-routers/series.html#~tab-documents;
https://www.cisco.com/c/en/us/support/switches/nexus-7000-series-switches/series.html#~tab-documents; https://www.cisco.com/site/us/en/products/networking/switches/index.html#tabs-9da71fbd27-item-1288c79d71-tab.

protection in communication equipment. For example, the Cisco Nexus 7000 Series Switch integrates Cisco FabricPath, which contains traffic rerouting, redundancy precautions, and network recovery features in case of surprise outages.



### Cisco FabricPath spine-and-leaf network

Cisco introduced FabricPath technology in 2010. FabricPath enables new capabilities and design options that allow network operators to create Ethernet fabrics that increase bandwidth availability, provide design flexibility, and simplify and reduce the costs of network and application deployment and operation. A typical FabricPath network uses a spine-and-leaf architecture.

FabricPath technology uses many of the best characteristics of traditional Layer 2 and Layer 3 technologies. It retains the easy-configuration, plug-and-play deployment model of a Layer 2 environment. It also introduces a control-plane protocol called FabricPath Intermediate System to Intermediate System (IS-IS). This Shortest-Path First (SPF) routing protocol is used to determine reachability and select the best path or paths to any given destination FabricPath switch in the FabricPath network. The result is increased stability and scalability, fast convergence, and the capability to use multiple parallel paths typical in a Layer 3 routed environment. [54]



| Table 1. Features and Benefits | |
|---|---|
| **Feature** | **Benefit** |
| **High availability and redundancy** | The fabrics support multilevel redundancy, where all available fabrics are active, and provide redundancy for all other fabric modules. All I/O module slots receive a fair share of the total fabric bandwidth, helping ensure lossless forwarding in the event of failover. |

[55]

94.    The Accused Cisco Switches are arranged as a plurality of interface cards, including a central interface card and spoke interface cards, to link communication lines to a network. For example, on information and belief, multiple Cisco Nexus 7000 Series Switches are arranged into a plurality of interface cards, including at least one central interface card and multiple spoke interface cards in a leaf and spine architecture to link communication lines to a network.

---

[54] *See* https://web.archive.org/web/20210614102044/https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.html.
[55] *See* https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/data_sheet_c78-684211.html.



95.    Cisco infringes at least the method of Claim 11 by interconnecting the interface cards with a protection bus comprising multiple spoke connections that link the central interface card to the spoke interface cards in a partial star configuration, such that on at least one of the spoke connections there are two of the spoke interface cards connected together to the central interface card. For example, on information and belief, the Cisco Nexus 7000 Series Switches, arranged in a spine-and-leaf architecture, comprise a protection bus with multiple spoke connections that link each central interface card (*e.g.*, spine) to multiple spoke interface cards (*e.g.*, leaves) in a partial star configuration, such that there are two spoke interface cards connected together to the central interface card.

---

[56] *See* https://web.archive.org/web/20210614102044/https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.html.



---

[57] *See*
https://web.archive.org/web/20210614102044/https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.html (annotations added).
[58] *See* https://www.cisco.com/c/en/us/td/docs/switches/datacenter/sw/nx-os/interfaces/configuration/guide/b-Cisco-Nexus-7000-Series-NX-OS-Interfaces-Configuration-Guide-Book/configuring-vpcs.html#:~:text=From%20Cisco%20NX%2DOS%20Release%204.2%2C%20if%20you%20must%20configure,using%20a%20single%20port%20channel.&text=Always%20attach%20all%20vPC%20devices,to%20both%20vPC%20peer%20devices.

96.    Cisco infringes at least the method of Claim 11 by determining that a fault has occurred in a first one of the interface cards serving a first one of the communication lines. For example, on information and belief, the Cisco Nexus 7000 Series Switches, implement peer-keepalive links and synchronize between two interface cards to implement virtual port channel ("vPC") failure detection. The vPC failure detection continuously monitors the health of peer devices using peer-keepalive messages to determine if a fault occurs (*e.g.*, failure) for an interface card (*e.g.*, leaf switch).



---

[59] *See* https://www.cisco.com/c/en/us/td/docs/switches/datacenter/sw/nx-os/interfaces/configuration/guide/b-Cisco-Nexus-7000-Series-NX-OS-Interfaces-Configuration-Guide-Book/configuring-vpcs.html#:~:text=From%20Cisco%20NX%2DOS%20Release%204.2%2C%20if%20you%20must%20configure,using%20a%20single%20port%20channel.&text=Always%20attach%20all%20vPC%20devices,to%20both%20vPC%20peer%20devices.

If the vPC peer link fails, the software checks the status of the remote vPC peer device using the peer-keepalive link, which is a link between vPC peer devices that ensures that both devices are up. If the vPC peer device is up, the secondary vPC device disables all vPC ports on its device, to prevent loops and disappearing or flooding traffic. The data then forwards down the remaining active links of the port channel.

We recommend that you create and configure a separate VRF and configure a Layer 3 port on each vPC peer device in that VRF for the vPC peer-keepalive link. The default ports and VRF for the peer-keepalive are the management ports and VRF.

The software learns of a vPC peer device failure when the keepalive messages are not returned over the peer-keepalive link.

Use a separate link (vPC peer-keepalive link) to send configurable keepalive messages between the vPC peer devices. The keepalive messages on the vPC peer-keepalive link determines whether a failure is on the vPC peer link only or on the vPC peer device. The keepalive messages are used only when all the links in the peer link fail. See the "Peer-Keepalive Link and Messages" section for information about the keepalive message. [60]

97.     Cisco infringes at least the method of Claim 11 by responsive to the fault, conveying signals over the protection bus from the first one of the interface cards to a second one of the interface cards, so that the second one of the interface cards serves the first one of the communication lines in place of the first one of the interface cards. For example, on information and belief, if the primary vPC peer device fails, the Cisco Nexus 7000 Series Switches automatically suspends all the vPC links on the primary vPC peer device. The vPC traffic is then forced to the secondary vPC peer device until the primary vPC stabilizes. On information and belief the signals for determining and addressing faults are sent over the protection bus (*e.g.*, peer links).

---

[60] *See* https://www.cisco.com/c/en/us/td/docs/switches/datacenter/sw/nx-os/interfaces/configuration/guide/b-Cisco-Nexus-7000-Series-NX-OS-Interfaces-Configuration-Guide-Book/configuring-vpcs.html#:~:text=From%20Cisco%20NX%2DOS%20Release%204.2%2C%20if%20you%20must%20configure,using%20a%20single%20port%20channel.&text=Always%20attach%20all%20vPC%20devices,to%20both%20vPC%20peer%20devices.

From Cisco NX-OS Release 4.2, if you must configure all the vPC peer links and core-facing interfaces on a single module, you should configure a track object that is associated with the Layer 3 link to the core and on all the links on the vPC peer link on both vPC peer devices. Once you configure this feature and if the primary vPC peer device fails, the system automatically suspends all the vPC links on the primary vPC peer device. This action forces all the vPC traffic to the secondary vPC peer device until the system stabilizes.

You can create a track object and apply that object to all links on the primary vPC peer device that connect to the core and to the vPC peer link. See the *Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide* for information about the track interface command.

The vPC domain includes both vPC peer devices, the vPC peer-keepalive link, the vPC peer link, and all of the port channels in the vPC domain connected to the downstream device. You can have only one vPC domain ID on each device.

61

## Peer-Keepalive Link and Messages

The Cisco NX-OS software uses the peer-keepalive link between the vPC peers to transmit periodic, configurable keepalive messages. You must have Layer 3 connectivity between the peer devices to transmit these messages; the system cannot bring up the vPC peer link unless the peer-keepalive link is already up and running.

We recommend that you associate the vPC peer-keepalive link to a separate VRF mapped to a Layer 3 interface in each vPC peer device. If you do not configure a separate VRF, the system uses the management VRF and management ports by default. Do not use the peer link itself to send and receive vPC peer-keepalive messages. For more information about configuring VRFs, see the *Cisco Nexus 7000 Series NX-OS Unicast Routing Configuration Guide*.

If one of the vPC peer devices fails, the vPC peer device on the other side of the vPC peer link senses the failure by not receiving any peer-keepalive messages. You can configure a hold-timeout and a timeout value simultaneously.

62

98.    Cisco infringes at least the method of Claim 11 for performing a method for fault protection in communication equipment, wherein interconnecting the interface cards comprises making the spoke connections so that no more than a single one of the spoke connections has only one of the spoke interface cards connected thereto, while the remaining spoke connections have

---

[61] *See* https://www.cisco.com/c/en/us/td/docs/switches/datacenter/sw/nx-os/interfaces/configuration/guide/b-Cisco-Nexus-7000-Series-NX-OS-Interfaces-Configuration-Guide-Book/configuring-vpcs.html#:~:text=From%20Cisco%20NX%2DOS%20Release%204.2%2C%20if%20you%20must%20configure,using%20a%20single%20port%20channel.&text=Always%20attach%20all%20vPC%20devices,to%20both%20vPC%20peer%20devices.

[62] *See* https://www.cisco.com/c/en/us/td/docs/switches/datacenter/sw/nx-os/interfaces/configuration/guide/b-Cisco-Nexus-7000-Series-NX-OS-Interfaces-Configuration-Guide-Book/configuring-vpcs.html#concept_63426C6EF3A444068D4DC9EB5C5B834D.

respective pairs of the spoke interface cards connected thereto. For example, on information and belief, the Cisco Nexus 7000 Series Switches may be arranged so that interconnecting interface cards comprise spoke connections wherein the leaf interface cards comprise pairs of spoke interface cards connected to each spoke connection such that each spoke connection has respective pairs of the spoke interface cards connected thereto.



---

[63] *See*
https://web.archive.org/web/20210614102044/https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.html.

Figure 12.
Internal and external routing on the spine layer
64

99.    Defendant directly infringes the '135 Patent either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by using the Accused Cisco Switches, including the Cisco Nexus 7000 Series Switches.

100.    Defendant has indirectly infringed one or more claims of the '135 Patent by knowingly and intentionally inducing others, including Cisco customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include the infringing technology.

101.    Defendant, with knowledge that these products, or the use thereof, infringe the '135 Patent at least as of the March 20, 2017 Letter, knowingly and intentionally induced, direct infringement of the '135 Patent by providing these products to end-users for use in an infringing manner. Additionally, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents

---

[64] *See*
https://web.archive.org/web/20210614102044/https://www.cisco.com/c/en/us/products/collateral/switches/nexus-7000-series-switches/white-paper-c11-737022.html.

of others, including specifically those related to Defendant's specific industry, with the subjective belief that there was a high probability that Defendant would learn of its infringing activities, thereby remaining willfully blind to the '135 Patent at least as early as the issuance of the '135 Patent.

102.    Defendant has induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '135 Patent, but while remaining willfully blind to the infringement. Defendant has induced infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[65]

103.    Plaintiffs have suffered damages as a result of Defendant's direct and indirect infringement of the '135 Patent in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Cisco as follows:

a.    Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

---

[65] *See* https://www.cisco.com/c/en/us/support/all-products.html; https://www.cisco.com/c/en/us/support/routers/asr-1000-series-aggregation-services-routers/series.html; https://www.cisco.com/c/en/us/support/routers/asr-903-series-aggregation-services-routers/series.html#~tab-documents; https://www.cisco.com/c/en/us/support/switches/nexus-7000-series-switches/series.html#~tab-documents; https://www.cisco.com/site/us/en/products/networking/switches/index.html#tabs-9da71fbd27-item-1288c79d71-tab.

b.    Entry of judgment declaring that Defendant's infringement of the Patents-in-Suit was and continues to be willful;

c.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

d.    An order awarding damages sufficient to compensate Plaintiff for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

e.    Entry of judgment declaring that this case is exceptional and awarding Plaintiff its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.    Such other and further relief as the Court deems just and proper.


Dated: October 10, 2025                         Respectfully submitted,

*/s/ Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Clark Gordon
CA Bar No. 306317
Email: cgordon@fabricantllp.com
**FABRICANT LLP**
19800 MacArthur Blvd.

Suite 300
Irvine, CA 92612

***ATTORNEYS FOR PLAINTIFF***
***ENHANCED DATA STREAMING LLC***